# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MONICA MAY PARENT,<br><br>     Plaintiff,<br><br>v.<br><br>JUDGE DANIEL J. TOLAN, KATE MURTAUGH, and CHELSEA WITLEY,<br><br>     Defendants. | Case No. 19-CV-14-JPS<br><br>**ORDER** |

  On January 16, 2019, Magistrate Judge William E. Duffin issued a recommendation to this Court that this action be dismissed. (Docket #6). Plaintiff generally alleges that Defendants improperly terminated her custody of her son. *Id.* at 4. Magistrate Duffin's recommendation was based on Defendant Judge Daniel J. Tolan's judicial immunity, *id.* at 5, Plaintiff's failure to state a viable claim in light of her desire to overturn a state court custody judgment, *id.*, and a lack of federal jurisdiction over family law matters, *id.* at 6. The time for objecting to the recommendation has passed and no objection has been received. *See* Fed. R. Civ. P. 72; Gen. L. R. 72(c). The Court has considered the recommendation and, in light of the Court's agreement with Magistrate Duffin's analysis and without objection from Plaintiff, will adopt it.

  Accordingly,

  **IT IS ORDERED** that Magistrate Judge William E. Duffin's report and recommendation (Docket #6) be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 1st day of February, 2019.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge